UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

MICHAEL WATKINS                                CIVIL ACTION NO. 20-1433

                                               SECTION P
VS.
                                               JUDGE TERRY A. DOUGHTY

COMMISSARY OFFICER BAREFOOT, ET AL.            MAG. JUDGE KAREN L. HAYES

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 6] having been considered, together with the written Objection [Doc. No.7] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Michael Watkins' claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 28th day of December, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE